U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>JOHN GACEK<br><br>V.<br><br>AMERICAN AIRLINES, INC. | Case Number:<br><br>FILED: JULY 13, 2008<br>08CV3968<br>JUDGE CONLON<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff, JOHN GACEK                                           YM

---

| NAME (Type or print) |
|---|
| JAMES T. FOLEY |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ James T. Foley |

| FIRM |
|---|
| FOLEY LAW GROUP, LLC. |

| STREET ADDRESS |
|---|
| 580 Oakmont Lane |

| CITY/STATE/ZIP |
|---|
| Westmont, Illinois 60659 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6224939 | (630) 908-3508 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |