# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3968 | **DATE** | 8/26/2008 |
| **CASE TITLE** | JOHN GACEK vs. AMERICAN AIRLINES, INC. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Parties shall comply with FRCP 26(a)(1) by September 19, 2008. Plaintiff shall comply with FRCP 26(a)(2) by April 20, 2009; defendant shall comply with FRCP 26(a)(2) by May 19, 2009. Discovery cutoff and filing of dispositive motions with supporting memoranda are set on June 19, 2009. Submission of the joint final pretrial order and agreed pattern jury instructions is set on July 2, 2009 at 9:00 a.m; plaintiff's draft shall be submitted to the defendant by June 25, 2009. The case is placed on the July trial calendar. THESE ARE FIRM DATES.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | WH |
|---|---|---|